ROSE K. CROWE v. SERGIO DE GIOIA.

September 23, 1985.

Petition for certification granted. (See 203 *N.J.Super.* 22)

ROSE K. CROWE v. SERGIO DE GIOIA.

September 23, 1985.

Cross-petition for certification granted. (See 203 *N.J.Super.* 22)

STATE OF NEW JERSEY v. VINCENT NIGRO.

September 23, 1985.

Petition for certification denied.

LORI D. LANGE v. CENTRAL MUTUAL INSURANCE CO.

September 23, 1985.

Petition for certification denied.